IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORENZO HALL,

    Plaintiff,

vs.

CHAPLAIN LOVE, *et al.*,

    Defendant.

Case No.  10-cv-703-JPG-PMF

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 30) of Magistrate Judge Philip M. Frazier recommending that the Court deny the Motion for Summary Judgment (Doc. 26) of remaining Defendants Chaplain Timothy Love and Rex Fitch.  The time for objections has passed, and no objections have been filed.

    After reviewing a report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report.  Fed. R. Civ. P. 72(b).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).  Since no objections were filed, the Court has reviewed Magistrate Judge Frazier's R & R for clear error.

    The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  As such, the Court hereby **ADOPTS** the R & R (Doc. 30), which **DENIES** the Motion for Summary Judgment (Doc. 26) of Defendants Chaplain Timothy Love and Rex Fitch.

**IT IS SO ORDERED.**
**DATED:  July 23, 2012**

                                             s/J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**